BIANCA R. ENNIX (SBN 254961)
23401 Southland Drive, Suite 607
Hayward, CA 94545
Telephone: (510) 622-0004
Fax Number: (510) 622-0003
Email: Bianca.ennix@gmail.com

Attorney for Plaintiff, Janelle Dixon

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JANELLE DIXON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>UNITED STATES POSTAL SERVICE (USPS),<br><br>　　　　　　Defendant. | Case No.: 3:23-CV-01171-TSH<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ~~PROPOSED~~ ORDER**<br><br>DATE: 6/15/2023<br>TIME:　10:00 AM<br>DEPT:　Courtroom G, 15th Floor<br><br>Magistrate Judge: Thomas S. Hixson<br>Action Filed: Complaint filed 3/15/2023<br>Case Management Conference Set: 6/15/2023 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff Janelle Dixon, by and through her undersigned counsel, and being party to this action, stipulate and agree pursuant to rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed without prejudice, each party to bear their own costs, expenses, and fees.

Respectfully submitted this 15th day of May 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BIANCA R. ENNIX,
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, JANELLE DIXON

## ~~PROPOSED~~ ORDER

Based on the notice, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter without prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: May 15, 2023

By: _____
Hon. Thomas S. Hixson
United States District Magistrate Judge